**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**E.C., a minor, ET AL.**                                                                **PLAINTIFFS**

**v.**                                                        **CAUSE NO. 1:14CV225-LG-JCG**

**MICHAEL SARACO and AMANDA SARACO**                              **DEFENDANTS**


## <u>JUDGMENT</u>

This matter having come on to be heard on the Defendants' motion for

summary judgment, and in accordance with the Court's Order entered thereupon,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of

the Defendants.  Plaintiffs' claims against the Defendants are **DISMISSED** with

prejudice.

**SO ORDERED AND ADJUDGED** this the 26th day of May, 2015.

s\ *Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief U.S. District Judge